[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Milan Knox

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tony Curtis #287 / Karin Sullivan
Karin Sullivan
A.S.A.   /Murillo
Matthew Janusch /Jessica S. Kittle
S. Winkler Lansing Police Dep
Steven Kroueger A.S.A. /Aaron Jadernak
Justin Schwartz Attorney /Sheldon Lee
Bank Attorney / Jason Coelho A.S.A.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

RECEIVED
AUG 16 2019 AM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 18-CV-5588
(To be supplied by the Clerk of this Court)

Judge John J. Tharp, Jr.

Third
AMENDED COMPLAINT

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

# Defendants

Kimberly Malone/Assistant Public Defender
Tony Curtis #287/Det Lansing Police/Witness for the State
Karin Sullivan/Assisttant State Attorne's office
Jessica S. Kittle/Sprint Corporation
Murillo/Assisttant State Attorne's office
Matthew Iannusch/Assisttant State Attorne's office
S. Winkler/Officer Lansing Police Department
Steven Krueger/Assistant State Attorney
Jaclyn Lenting/Witness for State Attorne's
Justin Schwartz/Attorney for Knox
Sheldon Lee Bank/Attorney for Knox
Malone/Assistant Public Defender of Markham
Aaron Jadernak/Lansing Fire Dep
Jessica S. Kittle/Sprint Corporation

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Milan Knox

    B. List all aliases: None

    C. Prisoner identification number: None

    D. Place of present confinement: None

    E. Address: 22227 Brookwood Dr Sauk Village IL 60411

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Det. Tony Curtis #287

        Title: Detective

        Place of Employment: 2710 E. 170th St Lansing Police Lansing IL

    B. Defendant: Karin Sullivan

        Title: Assistant State's Attorney

        Place of Employment: 16501 Kedzie Ave Markham, IL 60428

    C. Defendant: SPRINT CORPORATE

        Title: SPRINT

        Place of Employment: 6480 Sprint Parkway Overland Park KS 66251

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.     Name of case and docket number: _____

    B.     Approximate date of filing lawsuit: _____

    C.     List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D.     List all defendants: _____

    E.     Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.     Name of judge to whom case was assigned: _____

    G.     Basic claim made: _____

    H.     Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I.     Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

*[Handwritten:]* 10-5561, 10-6263, 01-5501, 10-7784, 02-1812, 03-7980, 03-8199 01 C 7784, 11 C 7759, 12 C 4909, 14 C 983, 14 CV-7273, 2016 L 30067 17-CV-1316

3            Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(facts) (1). No Summons for Jaclyn Vallow (708) 712-2661 from detective Tony Curtis on Dec 14, 2013 - Jan 13, 2014 for Phone records (2) The Subpoena records for 2015 Sprint records was illegally obtained 4/3 Pas and 11 Pas by the State's Attorney's office Without a Subpoena (3) State's Attorney illegally withholding evidenc from Milan Knox / ask for documements from the thete's Attorney's and his cell phone recordd without a Subpoena / no court order / no Statute of limitation (4) he never called and left a Voice mail / or Detective Tony Curtis recorded (5) Mr. Knox never gave Tony Curtis permission to record his greetings that make it illegal / (6) Sprint illegally release Knox cell phone records to Tony Curtis Without a Summons for 2015 (708) 913-8133 no Court order / Mr Knox found out in Cook County Jail that Detective Tony Curtis had personal grudges against Knox. / (7) everytime Knox ask for information under the freedom of Information Act they are no response from the State attorney office

4

Revised 9/2007

June 4, 2019 Feedom of Information Act See Ex (A) or grand jury evidence that was Presented to the grand jury by Tony Curtis Spint records or the so-called voice analyze he so-called claimed he had of Mr. Knox, this is a Violation of Knox rights, all the A.S.A. was Withholding evidence from the grand jury, and until the tral Came, and now.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Pain and suffering, emotional distress, mental anguish asking for 5 million in Damages plus attorney fees under 42 USC 1983 and any other relief.

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this Aug day of 16th, 20 19

*Milan Knox*
(Signature of plaintiff or plaintiffs)

Milan Knox 22227 Brookwood Dr
Sauk Village IL 60411
(Print name)

(I.D. Number)

Milan Knox
22227 Brookwood Dr Sauk Village
(Address) ILL 60411

Freedom of Information Act
(FOIA) (5ILCS 140/),

June 4, 2019

To States Attorneny's
of Cook County Illinois
2650 S. California Ave #526

I Milan Knox asking for, what evidence di Tony Curtis Police officer, Presented to the grand jury to get a indictment, by Sprint what type Documents did they have for a Indictment did th have for a true bill, I need all the informatic for the indictmer, for Mar 18, 2014.

Thank You
Milan Knox
22227 Brookwu
Sauk Village Il
6041
(708) 986-9513



Ex(A)

```
========================================
            SAUK VILLAGE
          5 SURREY BROOK PLZ
          SAUK VILLAGE, IL
             60411-7300
             1615480413
========================================
06/04/2019   (800)275-8777    2:28 PM
========================================
========================================
Product                Sale      Final
Description            Qty       Price

First-Class             1        $0.55
Mail
Letter
    (Domestic)
    (CHICAGO, IL  60608)
    (Weight:0 Lb 0.70 Oz)
    (Estimated Delivery Date)
    (Thursday 06/06/2019)
Certified               1        $3.50
    (@@USPS Certified Mail #)
    (70181130000096179951)
Return                  1        $2.80
Receipt
    (@@USPS Return Receipt #)
    (9590940239168060437508)
Affixed                 1       ($0.55)
Postage
    (Affixed Amount:$0.55)

Total                            $6.30

Debit Card Remit'd               $6.30
    (Card Name:MasterCard)
    (Account #:XXXXXXXXXXXX4298)
    (Approval #:       )
    (Transaction #:891)
    (Receipt #:007071)
    (Debit Card Purchase:$6.30)
    (Cash Back:$0.00)
    (AID:A0000000042203      Chip)
    (AL:DEBIT)
    (PIN:Verified           DEBIT)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


         Preview your Mail
         Track your Packages
         Sign up for FREE @
         www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

       HELP US SERVE YOU BETTER

      TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

              Go to:
    https://postalexperience.com/Pos

      840-5604-0898-002-00012-97751-02

        or scan this code with
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.

CHICAGO, IL 60608    OFFICIAL US

Certified Mail Fee  $3.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage  $0.55

Total Postage and Fees  $6.85      06/04/2(?)

Sent To: States Attorney's / Grand J
Street and Apt. No., or PO Box No.: 2650 S. California Ave
City, State, ZIP+4®: Chicago, IL 60608

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse fo(r)

7018 1170 0000 9617 9951

EX(A)